IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANETTE MATEO | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| JON M. SULLIVAN | : NO. 02-4596 |

**ORDER**

AND NOW, this          day of November, 2002, it appearing that:

a) plaintiff filed her complaint on July 10, 2002;

b) by letter of October 17, 2002, plaintiff's counsel was advised that in order to eliminate a delay in bringing this case to trial, service must be made by November 7, 2002, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure;

c) A review of the docket indicates that service has not yet been made.

It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for lack of prosecution.

S. J.