IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4596 |
| JON M. SULLIVAN | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 12, 2004. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                    Michael E. Kunz
                                                    Clerk of Court

                                                    By:_____
                                                    Crystal Wardlaw
                                                    Deputy Clerk
                                                    Phone: 267-299-7073

Date: March 11, 2004

Copies:      Madeline Ward, Courtroom Deputy to Judge Norma L. Shapiro
                 Docket Clerk - Case File

           Counsel:        Marc A. Weinberg, Esq.
                            William D. Longo, Esq.

ARB2.FRM