IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4596 |
| JON M. SULLIVAN | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on *June 11, 2004.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                 Michael E. Kunz
                 Clerk of Court

*Continued from May 12, 2004 per Judge

                 By:_____
                 Crystal Wardlaw
                 Deputy Clerk
                 Phone:267-299-7073

Date: May 14, 2004

Copies:  Madeline Ward, Courtroom Deputy to Judge Norma L. Shapiro
     Docket Clerk - Case File

     Counsel:  Marc A. Weinberg, Esq.
          William D. Longo, Esq.

ARB2.FRM