IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4596 |
| JON M. SULLIVAN | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on *June 29, 2004.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                       Michael E. Kunz
                       Clerk of Court

*Continued from June 11, 2004 per Judge

                       By:_____
                       Crystal Wardlaw
                       Deputy Clerk
                       Phone:267-299-7073

Date: June 17, 2004

Copies:  Madeline Ward, Courtroom Deputy to Judge Norma L. Shapiro
      Docket Clerk - Case File

    Counsel:    Marc A. Weinberg, Esq.
            William D. Longo, Esq.

    Arbitrators:   Dean Weisgold, Esq.
            Michael John Goodnow, Esq.
            William Pastor, Esq.

ARB2.FRM