IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-4596 |
| JON M. SULLIVAN | | |
| | : | |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this        day of              ,             , it is hereby

ORDERED that Dean Weisgold, Esq. is replaced as an arbitrator on June 29, 2004, 9:30 a.m. It is hereby

FURTHER ORDERED that Keith Johnston, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
NORMA L. SHAPIRO, J.

ARB8 (12/82)