IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANETTE MATEO | : CIVIL ACTION LAW |
| | : No. 02-4596 |
| vs. | : |
| | : DEMAND FOR TRIAL DE NOVA |
| JON M. SULLIVAN | : |

Plaintiff hereby demands Trial De Nova on the arbitration award entered in the above-captioned matter on June 30, 2004 and requests trial on all issues.

                            SAFFREN & WEINBERG

DATED:   July 28, 2004

BY:_____
    MARC A. WEINBERG, ESQUIRE
    Attorney I.D. No. 60643
    815 Greenwood Avenue
    Suite 22
    Jenkintown, PA 19046
    (215) 576-0100

## **CERTIFICATE OF SERVICE**

Marc A. Weinberg, hereby certifies that he caused a copy of the foregoing Demand for Trial De Nova to be forwarded to the following party by the United States Postal Service, First Class Mail, postage prepaid addressed as follows:

David R. Alperstein, Esq.
MARGOLIS EDELSTEIN
The Curtis Center
Fourth Floor
Independence Square West
Philadelphia, PA 19106-3304

DATED:   July 28, 2004                                     _____
                                                                              MARC A. WEINBERG, ESQUIRE