UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANETTE MATEO | : CIVIL ACTION |
| V. | : |
| | : |
| JON M. SULLIVAN | : |
| | : |
| | : NO. 02-CV-4596 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant, Jon M. Sullivan in the above matter.

MARGOLIS EDELSTEIN

Date:  

　　EH716  
ELIZABETH HORNEFF, ESQUIRE  
Attorney for Defendant, Jon M. Sullivan  
I.D. No. 56743  
The Curtis Center - Fourth Floor  
Independence Square West  
Philadelphia, PA 19106-3304  
(215) 922-1100