IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEANETTE MATEO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JON M. SULLIVAN** | : | NO. 02-CV-4596 |
| | : | |

### ORDER

     AND NOW, this 19th day of November, 2004, after a hearing at which all parties were heard, it appearing that there are issues of material fact concerning the nature and extent of plaintiff's injuries, it is **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**. This court's Order of September 14, 2004, is **MODIFIED AS FOLLOWS:**

    1.  This case shall be referred to Magistrate Judge Faith Angell for a settlement conference to be held on or before **January 11, 2005;**

    2.  This case shall be called for non-jury trial on **January 12, 2005.**

                                            /s/ Norma L. Shapiro
                                            Norma L. Shapiro, S.J.