IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JON M. SULLIVAN | : | NO. 02-4596 |

**ORDER**

  AND NOW, this 3RD day of December, 2004, accordance with Local Rule 72.1, it is **ORDERED** that this case is referred to the Honorable M. Faith Angell, United States Magistrate Judge, for:

/ / TRIAL, pursuant to 18 U.S.C. § 3401 and the Rules of Procedure for the Trial of Minor Offenses before United Sates Magistrates, adopted by the United States Supreme Court, January 27, 1971.

  APPEAL U.S.C.A. _____ U.S.D.C. _____

/ / HEARING AND DETERMINATION, pursuant to 28 U.S.C. § 636(a)(1)(A), of the following pretrial matter(s):____
_____
_____ .

/ / Preliminary review and submission of a Report and Recommendation with respect to:
  / / the 2254 petition pending herein.
  / / the 2255 petition pending herein.
  / / the prisoner petition challenging conditions of confinement pending herein.

/ / Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B)&(C) of the following:_____
_____ .

/ / Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B)&(C), and, as applicable, Rule 8(b) of the Rules Governing Section 2254 cases or Rule 8(b) of the Rules Governing Section 2255 Cases, of:
  / / the 2254 petition pending herein.
  / / the 2255 petition pending herein.
  / / the prisoner petition challenging conditions of confinement pending herein.

/ / Serving as Special Master to hear, determine and report, which shall include findings of fact and conclusions of law, in accordance with the provisions of Fed.R.Civ.P. 53, the following: _____
_____ .

/ / Report and Recommendation on cross-motions for summary judgment, pursuant to 28 U.S.C. § 636(b)(1)(B).

/ X / SETTLEMENT DISCUSSIONS.


ATTEST:             OR     BY THE COURT:


By:_____      /s/ Norma L. Shapiro, J._____
  Deputy Clerk                                S.J.