IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JON M. SULLIVAN | : | NO. 02-4596 |

## ORDER

AND NOW, this 7th day of December, 2004, it is hereby **ORDERED** by the Court that a **Settlement Conference** will be held on **January 11, 2005**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

Clients and a representative of each insurance carrier must be present.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE