IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JON M. SULLIVAN | : | NO. 02-4596 |

## **ORDER**

AND NOW, this 20th day of December, 2004, upon consideration of correspondence to the Court from Plaintiff's counsel dated December 17, 2004, it is hereby **ORDERED** that the **Settlement Conference** which was scheduled for January 11, 2005, will now be held on **January 3, 2005**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

As previously ordered, attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

Clients and a representative of each insurance carrier must be present.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE