IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JON M. SULLIVAN | : | NO. 02-4596 |

### ORDER

AND NOW, this 3rd day of January, 2005, upon consideration of correspondence to the Court from Defendant's counsel dated December 29, 2004, it is hereby **ORDERED** that the **Settlement Conference** which was scheduled for January 3, 2005, will now be held on **January 5, 2005**, at **10:30 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

As previously ordered, attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

Clients and a representative of each insurance carrier <u>must</u> be present.

BY THE COURT:

_____
M. FAITH ANGELL
CHIEF UNITED STATES MAGISTRATE JUDGE