IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNETTE MATEO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JON M. SULLIVAN | : | NO. 02-4596 |

### ORDER

AND NOW, this 11TH of January, 2005, it having been reported to the court that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE ABOVE-NAMED DEFENDANT**. Any outstanding motions are **DENIED AS MOOT**. The Clerk is directed to mark this case **CLOSED**.

ATTEST:           or       BY THE COURT:

**By:**_____       /s/ Norma L. Shapiro, J.
    Madeline F. Ward, Deputy Clerk                                                    J.

Case 2:02-cv-04596-NS   Document 26   Filed 01/11/2005   Page 2 of 2